UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:12-cv-00147

Name of party requesting extension: GLOBUS MEDICAL, INC.,

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 03/21/12

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 05/11/12     *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Charles Everingham IV

State Bar No.: 00787447

Firm Name: Akin Gump Strauss Hauer & Feld LLP

Address: 911 West Loop 281
Suite 211-40
Longview, TX 75604

Phone: 903.297.7404

Fax:   903.297.7402

Email: ceveringham@akingump.com

A certificate of conference does not need to be filed with this unopposed application.